DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERESA TAYLOR** o/b/o **TRINITY SHEPHERD,**
Appellant,

v.

**TIMOTHY SHEPHERD,**
Appellee.

No. 4D14-1280

[April 22, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE 14-648 58/44.

Teresa Taylor, Pompano Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***